**Edward L. BUNKOWSKI, Appellant,**

v.

**GLENN HENDRIX CONSTRUCTION, INC., Respondent.**

**No. WD 37488.**

Missouri Court of Appeals, Western District.

April 15, 1986.

Ronald S. Reed, Jr. and Creath S. Thorne, Morton, Reed & Counts, St. Joseph, for appellant.

Wendell E. Koerner, Jr., Brown, Douglas & Brown, St. Joseph, for respondent.

Before PRITCHARD, P.J., SHANGLER, J., and CONLEY, Special Judge.

## ORDER

PER CURIAM:

Appeal from award of Industrial Relations Commission denying benefits under the Worker's Compensation Act.

Affirmed. Rule 84.16(b).